1  JODI SIEGNER, Bar No. 102884
   jsiegner@deconsel.com
2  DeCARLO & SHANLEY,
   a Professional Corporation
3  533 S. Fremont Avenue, Ninth Floor
   Los Angeles, California 90071-1706
4  Telephone: (213) 488-4100
   Telecopier: (213) 488-4180
5
   Attorneys for Plaintiff, Carpenters Southwest
6  Administrative corporation, formerly known as Carpenters
   Southern California Administrative Corporation,
7  and Floyd Clay

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, etc., et al., <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS W. NIELD, also known as THOMAS WAYNE NIELD, individually and doing business as PACIFIC UNION INSULATION COMPANY, <br><br> Defendant(s). | CASE NO. CV 93-4895 WJR(Ex) <br><br> RENEWAL OF JUDGMENT BY CLERK |

The judgment debtor, THOMAS W. NIELD, also known as THOMAS WAYNE NIELD, individually and doing business as PACIFIC UNION INSULATION COMPANY ("DEFENDANT"), having judgment entered against him on March 9,1994, and renewed on April 27, 2001 and on April 11, 2008;

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and upon declaration that DEFENDANT has failed to pay the total amount of said judgment; and that DEFENDANT is indebted to CSAC.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against DEFENDANT be renewed in the amount of $13,882.59 and that CSAC recover as follows:

| | | | | |
|---|---|---|---|---:|
| a. | Principal | ................................................................ | $ | 6,338.25 |
| b. | Credit received | ........................................................ | $ | 0.00 |
| c. | Judgment interest | ...................................................... | $ | 1,224.70 |
| d. | Attorney Fees | ........................................................... | $ | 891.30 |
| Subtotal (Judgment as entered) | | ....................................................... | $ | 8,454.25 |
| e. | Less credits after judgment | ........................................ | $ | 0.00 |
| f. | Interest after judgment computed from March 9, 1994, through April 11, 2001 at 3.74% ($0.88 per day) | ........ | $ | 2,248.52 |
| Subtotal (Renewal as entered) | | ........................................................... | $ | 10,702.77 |
| g. | Less credits after judgment | ........................................ | $ | 0.00 |
| h. | Interest after judgment computed from April 27, 2001, through April 4, 2008 at 3.82% ($1.40 per day) | .......... | $ | 3,179.82 |
| Subtotal (Renewal as entered) | | ........................................................... | $ | 13,882.59 |
| i. | Less credits after judgment | ........................................ | $ | 0.00 |
| j. | Interest after judgment computed from April 11, 2008, through December 15, 2017 at 1.63% ($0.72 per day). | | $ | 2,353.08 |
| GRAND TOTAL | | ................................................................ | $ | 16,235.67 |

DATED: 12/27/2017            s/ J. Remigio
                             DEPUTY CLERK
                             UNITED STATES DISTRICT COURT

Presented by:

DeCARLO & SHANLEY,
A Professional Corporation

BY:  /s/ Jodi Siegner
     JODI SIEGNER
Attorneys For Judgment Creditor,
Carpenters Southwest Administrative
corporation, formerly known as Carpenters
Southern California Administrative Corporation

2